IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) MISTY HARDEN and ROBERT HARDEN, )
    as Guardians and Next Friend of )
    SHAUN SMITH, an incapacitated adult; and )
(2) SAVANAHA WORKS, )
                                            )
                          Plaintiffs, )
                                            )
vs. )   Case No. CIV-19-379-JFH
                                            )
(1) B.J. HEDGECOCK, SHERIFF OF )
    PUSHMATAHA COUNTY, OKLAHOMA, in )
    his official capacity, *et al.*, )
                                            )
                          Defendants. )

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-styled case for Defendant

B.J. Hedgecock, in his official capacity as Sheriff of Pushmataha County, Oklahoma.  I

certify that I am admitted to practice in this Court and am registered to file documents

electronically with this Court.

Respectfully submitted,

s/ Justin P. Ashlock
Justin P. Ashlock, OBA No. 33459
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th, Second Floor
Oklahoma City, OK  73105
Telephone:   (405) 524-2070
Facsimile:   (405) 524-2078
E-mail:       jpa@czwlaw.com

***Attorney for Defendant B.J.
Hedgecock, in his official capacity as
Sheriff of Pushmataha County,
Oklahoma***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
Smolen & Roytman
701 S. Cincinnati Avenue
Tulsa, OK  74119

***Attorneys for Plaintiffs***

James L. Gibbs, II
David Proctor
Seth D. Coldiron
Elise M. Horne
Goolsby, Proctor, Heefner & Gibbs, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006

***Attorneys for Defendant Timothy Byers***

s/ Justin P. Ashlock
Justin P. Ashlock