**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 14, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

SAVANAHA WORKS,

    Plaintiff - Appellee,

and

MISTY HARDEN; ROBERT HARDEN,
as guardians and next friends of Shaun
Smith, an incapacitated adult,

    Plaintiffs,

v.

TIMOTHY BYERS,

    Defendant - Appellant,

and

B.J. HEDGECOCK, Sheriff of Pushmataha
County, Oklahoma,

    Defendant.

No. 22-7054
(D.C. No. 6:19-CV-00379-EFM)
(E.D. Okla.)

## JUDGMENT

Before **MATHESON**, **EBEL**, and **CARSON**, Circuit Judges.

    This case originated in the Eastern District of Oklahoma and was argued by

counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk