UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY HARDEN and ROBERT HARDEN, as Guardians and Next Friend of SHAUN SMITH, an incapacitated adult; and SAVANAHA WORKS, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY BYERS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 19-CV-379-EFM ) ) ) ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to FED.R.CIV.P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY JOINTLY STIPULATED BY AND BETWEEN** the parties that Defendant Timothy Byers is hereby dismissed from this action.

This Stipulation of Dismissal is limited to Plaintiffs' claims against Defendant Byers.

All Parties hereto shall be responsible for their own costs and attorney's fees.

Respectfully submitted:

SMOLEN & ROYTMAN, P.L.L.C.

/s/Daniel E. Smolen
Daniel E. Smolen (OBA #19943)
Robert M. Blakemore (OBA #18656)
Bryan D. Helm (OBA #33003)
Telephone: (918) 585-2667
Facsimile: (918) 585-2669

Email: danielsmolen@ssrok.com

PIERCE, COUCH, HENDRICKSON,
 BAYSINGER & GREEN, L.L.P.

/s/Carson C. Smith
Carson C. Smith (OBA #22303)
1109 N. Francis Ave.
Oklahoma City, OK 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904

Email: csmith@piercecouch.com

bobblakemore@ssrok.com
bryonhelm@ssrok.com
**Attorneys for Plaintiff Savanaha Works**

**Attorneys for Defendant Timothy Byers**

COLLINS ZORN & WAGNER, PLLC

/s/Wellon B. Poe
Wellon B. Poe
Jamison C. Whitson
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078

Email: wbp@czwlaw.com
jcw@czwlaw.com

*Attorneys for Defendants B.J. Hedgecock, Sheriff of Pushmataha County, in his Official Capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

/s/Daniel E. Smolen
Daniel E. Smolen