UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY HARDEN and ROBERT HARDEN, as Guardians and Next Friend of SHAUN SMITH, an incapacitated adult; and SAVANAHA WORKS,  )<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 19-CV-379-EFM |
| ) | |
| TIMOTHY BYERS, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL *WITH PREJUDICE***

Pursuant to FED.R.CIV.P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY JOINTLY STIPULATED BY AND BETWEEN** the Parties that Defendant Timothy Byers is hereby dismissed from this action *with prejudice.*

All Parties hereto shall be responsible for their own costs and attorney's fees.

Respectfully submitted:

SMOLEN & ROYTMAN, P.L.L.C.

/s/Robert M. Blakemore
Daniel E. Smolen (OBA #19943)
Robert M. Blakemore (OBA #18656)
Bryan D. Helm (OBA #33003)
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
Email:  danielsmolen@ssrok.com
           bobblakemore@ssrok.com
           bryonhelm@ssrok.com

*Attorneys for Plaintiffs*

PIERCE, COUCH, HENDRICKSON, BAYSINGER & GREEN, L.L.P.

/s/Carson C. Smith
Carson C. Smith (OBA #22303)
1109 N. Francis Ave.
Oklahoma City, OK 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
Email:  csmith@piercecouch.com

*Attorneys for Defendant Timothy Byers*

COLLINS ZORN & WAGNER, P.C.

/s/Wellon B. Poe
Wellon B. Poe
Jamison C. Whitson
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: wbp@czwlaw.com
jcw@czwlaw.com

*Attorneys for Defendants B.J. Hedgecock, Sheriff of Pushmataha County, in his Official Capacity, and Pushmataha County BOCC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

/s/Robert M. Blakemore
Robert M. Blakemore